**E-filed 9/22/05**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIVE FRANK BOUSTRED; RCF (minor son of Clive Frank Boustred); WFB (minor son of Clive Frank Boustred); INFOTELESYS, INC., Nevada; and GET IT REAL, INC., Nevada,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; COUNTY OF PLACER; COUNTY OF MARIN; STATE OF CALIFORNIA, THEIR REPRESENTATIVES; EMPLOYEES AS LISTED IN THE COMPLAINT AND JOHN DOES 1-n (where n represents number of Defendants),<br><br>    Defendants. | Case Number: C05 00996 JF RS<br><br>**ORDER ENLARGING TIME FOR ROBERT FRANDEEN TO RESPOND TO COMPLAINT**<br><br>Courtroom: 3<br>Judge: Jeremy Fogel<br>Complaint Filed: March 9, 2005<br>Trial Date: None set |

Good Cause being shown Defendant ROBERT F. FRANDEEN's Ex Parte Application for an Order Enlarging the Time to File a Responsive Pleading to the Complaint is granted as follows:

1. IT IS HEREBY ORDERED that the time for Defendant Robert Frandeen to file a responsive pleading to the Complaint has been enlarged 90 days, to December 26, 2005. In the event that Clive Boustred files a first amended complaint in the 90 days provided by the court, Robert Frandeen will file a responsive pleading within 20 days of service of the first amended

1

[Proposed] Order
Case No. C05 00996 JF RS

complaint.

2. IT IS FURTHER ORDERED that Klinedinst PC, as attorney of record for Defendant Robert F. Frandeen, will accept service of process for the First Amended Complaint, when filed.

IT IS SO ORDERED.

Dated: 9/22, 2005

/s/electronic signature authorized
The Honorable Jeremy Fogel
Judge of the District Court