1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CLIVE FRANK BOUSTRED, et al., | Case Number C 05-00996 JF |
| Plaintiffs, | ORDER[1] RE DOCUMENT FILED BY BOUSTRED ON JUNE 14, 2006 |
| v. | [re: docket no. 77] |
| COUNTY OF SANTA CRUZ, et al., | |
| Defendants. | |

On March 9, 2005, Plaintiff Clive Boustred ("Boustred") filed a *pro se* complaint on behalf of himself, his two minor sons (RCB and WFB), and two corporations owned by Boustred (InfoTelesys, Inc. Nevada and Get IT Real, Inc. Nevada). On September 27, 2005, this Court issued an order granting the motions to dismiss of four of the named Defendants. The Court held that Boustred's complaint failed to state a claim upon which relief may be granted, and granted the motions to dismiss with leave to amend. Additionally, the Court granted the motions to dismiss the claims of plaintiffs RCF/RCB, WFB, InfoTelesys, Inc. and Get It Real, Inc. with prejudice because Boustred, who is not an attorney, lacked legal capacity to assert claims on

---

[1] This disposition is not designated for publication and may not be cited.

1  behalf of these parties.  On December 23, 2005, Boustred filed a First Amended Complaint

2  against Defendants County of Santa Cruz, County of Marin, State of California, and "their

3  representatives, employees as listed in the complaint and John Does 1-n (where n represents the

4  number of Defendants)."  On January 4, 2005, Boustred filed a "Second Amendment to

5  Complaint."  However, because Boustred did not seek leave of the Court prior to filing the

6  subject amendment, the Court did not consider it.  On March 8, 2006, the Court issued an order

7  granting with leave to amend the motions to dismiss brought by several of the named defendants,

8  granting motions to strike claims brought by Boustred on behalf of plaintiffs RCF/RCB, WFB,

9  InfoTelesys, Inc. and Get It Real, and denying the motions brought by Boustred for (1) injunctive

10  relief, (2) speedy trial by jury, (3) to set aside dismissal of corporate and minor parties, (4) to

11  recognize service, and (5) for a federal investigation.  The Court instructed Boustred to file an

12  amended complaint within ninety (90) days of service of the March 8, 2006 order.

13        On June 14, 2006, Boustred filed a document entitled "Refusal of trial by Judge, demand

14  for trial by jury; Motion to vacate void orders, 3rd Amendment to Complaint, Contract; Status

15  conference agenda," which indicates that it is noticed for hearing on Wednesday, July 12, 2006.

16  However, Boustred neither gave the requisite notice of 35 days, pursuant to Civil Local Rule 7-2,

17  nor calendared the motion with chambers as required by this Court's standing order.  Among

18  other things, the Court does not hear civil motions or status conferences on Wednesdays.

19  Accordingly, the hearing is ordered off calendar without prejudice.

20        To the extent that the document Boustred filed on June 14, 2006 is intended as a motion

21  to reconsider this Court's order dated March 8, 2006, Boustred also has failed to comply with the

22  Civil Local Rule 7-9, which sets forth the requirements for seeking leave to file a motion for

23  reconsideration.  To the extent that this document is intended to be an amended complaint,

24  Defendants may file appropriate pleadings within the time allowed following service of the

25  document upon them.  Although Boustred correctly points out that wide latitude is afforded to

26  *pro se* litigants, such latitude is not unbounded.  Boustred must at least attempt to comply with

27  applicable statutes and Rules of Court, and his repeated failure to do so will not be tolerated

28  indefinitely.

1      IT IS SO ORDERED.

2

3  DATED:  June 27, 2006

4

5                                        _____

6                                       JEREMY FOGEL
                                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-00996 JF
ORDER  RE DOCUMENT FILED BY BOUSTRED ON JUNE 14, 2006
(JFLC1)

1  This Order has been served upon the following persons:

2  John S. Burton                          jburton@bvsllp.com, srh@bvsllp.com

3  Frank Gooch, III                        fgooch@grlawyers.com, eregalado@grlawyers.com;
                                           rwebster@grlawyers.com
4
   Jason Michael Heath                     Jason.Heath@co.santa-cruz.ca.us
5
   Dana Maureen McRae                      dana.mcrae@co.santa-cruz.ca.us,
6
   Timothy James Schmal, Esq               TSchmal@bvsllp.com, jpl@bvsllp.com
7
   Natalie P. Vance                        nvance@klinedinstlaw.com,
8                                          jbrelsford@klinedinstlaw.com; lwelch@klinedinstlaw.com

9

10  Clive Frank Boustred
    210 Suncrest Drive
11  Soquel, CA 95073

12  Gregory M Guth
    Kllinedinst PC
13  1107 9th Street
    Suite 680
14  Sacramento, CA 95814

15  Michael A. Miller
    Burton Volkmann & Schmal, LLP
16  133 Mission Street
    Suite 102
17  Santa Cruz, CA 95060

18  Frank Gooch, III
    Gilchrist & Rutter Professional Corp.
19  1299 Ocean Avenue
    Suite 900
20  Santa Monica, CA 90401

21  Jason Michael Heath
    Office of the County Counsel
22  701 Ocean Street, Room 505
    Santa Cruz, CA 95060

23

24

25

26

27

28

                                    4
Case No. C 05-00996 JF
ORDER  RE DOCUMENT FILED BY BOUSTRED ON JUNE 14, 2006
(JFLC1)