**Filed 10/03/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIVE FRANK BOUSTRED, ET AL.,<br><br>PLAINTIFFS,<br><br>v.<br><br>COUNTY OF SANTA CRUZ, ET AL.,<br><br>DEFENDANTS. | Case Number C-05-0996 (JF)<br><br>ORDER[1] ACKNOWLEDGING RECEIPT OF DOCUMENT<br><br>[re: docket no. 134] |

The Court granted Defendants' motion to dismiss with prejudice and entered judgment for the Defendants on September 13, 2006. On September 29, 2006, the Court received Plaintiff's document "Refusal of Void Judgment Entered Into the Record by Defendant Jeremy Fogel, Motion to Vacate Void Judgment; Demand for Right to Discovery; Demand for Summary Judgment; Demand for Trial by Jury; Notice of Appeal if the Court Continues to Refuse to Follow the Law." Since the Court has dismissed Plaintiff's case with prejudice, Plaintiff's remedy now lies with the Ninth Circuit Court of Appeals. The Court expresses no opinion as to the contents of the document filed by Plaintiff on September 29, 2006, and merely counsels

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-0996 JF
ORDER ACKNOWLEDGING RECEIPT OF DOCUMENT
(JFLC1)

1  Plaintiff to follow the applicable rules for the notice and filing of any appeal.

2

3  IT IS SO ORDERED:

4

5

6  DATED: October 3, 2006

7

8

9

10

11  _____

12  JEREMY FOGEL
    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 05-0996 JF
ORDER ACKNOWLEDGING RECEIPT OF DOCUMENT
(JFLC1)

1  This Order has been served upon the following persons:

2  John S. Burton               jburton@bvsllp.com, srh@bvsllp.com

3  Frank Gooch, III             fgooch@grlawyers.com, eregalado@grlawyers.com;
                                rwebster@grlawyers.com
4
   Jason Michael Heath          Jason.Heath@co.santa-cruz.ca.us
5
   Dana Maureen McRae           dana.mcrae@co.santa-cruz.ca.us,
6
   Timothy James Schmal, Esq    TSchmal@bvsllp.com, jpl@bvsllp.com
7
   Natalie P. Vance             nvance@klinedinstlaw.com,
8                               jbrelsford@klinedinstlaw.com; lwelch@klinedinstlaw.com

9

10 Clive Frank Boustred
   210 Suncrest Drive
11 Soquel, CA 95073

12 Gregory M Guth
   Kllinedinst PC
13 1107 9th Street
   Suite 680
14 Sacramento, CA 95814

15 Michael A. Miller
   Burton Volkmann & Schmal, LLP
16 133 Mission Street
   Suite 102
17 Santa Cruz, CA 95060

18 Frank Gooch, III
   Gilchrist & Rutter Professional Corp.
19 1299 Ocean Avenue
   Suite 900
20 Santa Monica, CA 90401

21 Jason Michael Heath
   Office of the County Counsel
22 701 Ocean Street, Room 505
   Santa Cruz, CA 95060
23
   Chinhayi J. Coleman
24 Assistant United States Attorney
   150 Almaden Blvd., Suite 900
25 San Jose, CA 95113

26

27

28

3

Case No. C 05-0996 JF
ORDER ACKNOWLEDGING RECEIPT OF DOCUMENT
(JFLC1)